# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM L. BOBBERT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 15-105E |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| JEFFERY MCKAY, *et al*., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 18, 2016, the Magistrate Judge issued a Report (Doc. 52) recommending that the Federal Defendants' Motion to Dismiss (Doc. 48) be granted. Service of the Report and Recommendation was made, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The Federal Defendants' Motion to Dismiss (**Doc. 48**) is **GRANTED**, and the Magistrate Judge's Report and Recommendation (Doc. 52) hereby is adopted as the Opinion of the District Court. IT IS FURTHER ORDERED that, should Plaintiff wish to attempt to cure his pleading deficiencies by filing an amended complaint, he must do so **on or before July 15, 2016**. No further opportunity for amendment will be afforded, and, if an amended complaint is not timely filed, the dismissal will be deemed with-prejudice and final judgment will be entered pursuant to Federal Rule 58.

IT IS SO ORDERED.


June 30, 2016                                         s\Cathy Bissoon
                                                     Cathy Bissoon
                                                     United States District Judge


cc (via First-Class U.S. Mail):

William L. Bobbert
LU7095
55 West Bottle Hill Road
Grove City, PA  16127


cc (via ECF email notification):

All Counsel of Record